IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WINDELL EDWARDS                                                PLAINTIFF

V.                                          CIVIL ACTION NO. 3:08CV468TSL-JCS

FEDERAL BUREAU OF INVESTIGATION AND THE                        DEFENDANTS
UNITED STATES DEPARTMENT OF JUSTICE

## JUDGMENT

Pursuant to the memorandum opinion and order issued this date, it is hereby Ordered and Adjudged that the complaint of Windell Edwards is dismissed with prejudice.

SO ORDERED and ADJUDGED this the 30th day of March, 2009.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE